IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02351-NYW

DAVID KATT, on behalf of himself and
all others similarly situated,

        Plaintiff,

        v.

OXFORD 2005 HOLDINGS, LLC,

        Defendant.

---

**DEFENDANT OXFORD 2005 HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Oxford 2005 Holdings, LLC, by and through its attorneys, Fisher & Phillips LLP, hereby makes the following disclosures:

1. Identify any parent corporations: None.

2. Identify any publicly held corporation that owns 10% or more of Defendant Oxford 2005 Holdings, LLC's stock: None.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: September 30, 2020                          Respectfully submitted,

                                                  By:   s/ *Steve A. Miller*
                                                             One of the Attorneys for Defendant
                                                              Oxford 2005 Holdings, LLC

Steve A. Miller
Scott C. Fanning
**FISHER & PHILLIPS LLP**

FP 38710954.1

10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
smiller@fisherphillips.com
sfanning@fisherphillips.com

2

## CERTIFICATE OF SERVICE

I, Steve A. Miller, HEREBY CERTIFY that on September 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF notification system, which will send electronic notification of such filing to all counsel of record.

Dated: September 30, 2020                    Respectfully submitted,

                                             By:   s/ *Steve A. Miller*
                                                   One of the Attorneys for Defendant
                                                   Oxford 2005 Holdings, LLC

Steve A. Miller
Scott C. Fanning
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
smiller@fisherphillips.com
sfanning@fisherphillips.com

3

FP 38710954.1